UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

September 21, 2018

LETTER TO COUNSEL

    RE:    *Trustees of the National Asbestos Workers Medical Fund, et al. v. Wrap It Up Construction, LLC*,
Civil No. TDC-18-1911

Dear Counsel:

Presently pending is Plaintiffs Trustees of the National Asbestos Workers Medical Fund's and Trustees of the National Asbestos Workers Pension Fund's ("Plaintiffs'") Motion for Default Judgment filed against Defendant Wrap It Up Construction, LLC ("Defendant"). [ECF No. 10]. In addition to contributions owed for the months of December, 2017, and January, 2018, and attorneys' fees and costs, Plaintiffs seek an award of $18,504.41 in liquidated damages and $10,093.56 in interest for the Defendant's untimely contribution payments for the months of August, 2017, through February, 2018. Pls.'s Mot. ¶ 2.

In support of this request, Plaintiffs have attached the declaration of Reneé Parenti, the Administrative Agent for the Medical Fund and Pension Fund. Pls.'s Mot. Ex. A. Ms. Parenti states that the Defendant is obligated to pay the liquidated damages and interest amounts noted above, pursuant to the Trust Agreements, establishing the damages and interest rates to be paid if Defendant fails to file reports or make contributions within ten (10) calendar days of the due date. *Id.* ¶¶ 10-12. Attached to Plaintiffs' original Complaint is a spreadsheet indicating the amount of contributions received and owed for the work months of August, 2017, through February, 2018. Compl. Ex. A. Attached to Plaintiffs' Motion is an additional spreadsheet, covering the same time period, indicating the amount of liquidated damages and interest owed to the Pension Fund and the amount of interest owed to the Medical Fund. Pls.'s Mot. Ex. E.

While the Plaintiffs' spreadsheets clearly indicate the liquidated damages and interest assessed to Defendant, and while Plaintiffs have indicated the rates at which they calculated these damages, Plaintiffs have not provided the Court with their underlying calculations. For example, Plaintiffs claim $526.75 in pension interest owed for the month of August at a rate of 8% per annum, based on a contribution amount of $34,406.04. Compl. Ex. A; Pls.'s Mot. Ex E. However, it is not entirely clear how Plaintiffs arrived at the $526.75 amount. Thus, in order to reach an accurate and complete calculation of damages, the Court requires Plaintiffs to submit a full accounting of their liquidated damages and interest, detailing the process used to calculate each amount.

Accordingly, Plaintiffs will have until **Friday, September 28, 2018**, to submit supplemental evidentiary support for their motion for default judgment. Plaintiffs shall serve Defendant with a copy of the supplemental briefing and shall file a proof of service with the Court.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge